Law Offices of Sara L. Bloom
1120 Huffman Rd. Ste 24-785
Anchorage, AK. 99515
(907) 519-3613
f(907) 345-8570
sara@907lawyer.com

IN THE SUPERIOR COURT OF THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

MICHAEL AND WENDY SCHROEDER, )
)
      Plaintiffs, )
)
v. ) Case No. 3AN-19-
)
NORWEGIAN CRUISE LINE owned by )
NORWEGIAN CRUISE LINE HOLDINGS, )
)
AND )
)
ALASKA EXCURSIONS, INC., )
Registered Agent: Robert H. Murphy )
)
      Defendants. )
_____ )

## COMPLAINT

Plaintiffs, Michael and Wendy Schroeder ("Plaintiffs"), by and through undersigned counsel, files their Complaint against Norwegian Cruise Line owned by Norwegian Cruise Line Holdings ("NCL") and Alaska Excursion, Inc. (collectively referred to as "Defendants") and states as follows:

## I. Parties

1. Plaintiffs are a married couple over the age of 18 and are residents of Texas.

2. Defendant Norwegian Cruise Line is wholly owned by its parent company Norwegian Cruise Line Holdings (herein after referred to as "NCL") which is headquartered in Miami, Florida and does business in Alaska and whose resident agent is Daniel Bruce in Juneau, Alaska.

3. Defendant Alaska Excursions, Inc. is an Alaskan corporation and does business in Alaska.

4. The Unimog truck accident that is the subject of this lawsuit took place on August 9, 2017 in Skagway, Alaska.

## II. Jurisdiction and Venue

5. This is a civil action for negligence against the Defendants as a result of a Unimog truck accident that occurred on August 9, 2017, in Skagway, Alaska.

## III. Facts

6. On August 9, 2016, at approximately 11:00 a.m., Plaintiffs were passengers on a Unimog truck owned and/or operated by Alaska Excursions, Inc. during an excursion that was offered by NCL while

Plaintiffs were on a cruise with NCL.

7. On this said date and time, the operator of the Unimog Truck stepped out of the truck and failed to secure the parking brake on the truck on causing the truck to roll down a hill and fall to one side.

8. As a direct result and proximate cause of the Unimog truck driver's negligence, several of the passengers including the Plaintiffs sustained significant injuries.

**IV. A. Causes of Action- Negligence- Alaska Excursions, Inc.**

9. Plaintiffs incorporate by reference the foregoing paragraphs 1-8.

10. Defendant Alaska Excursions, Inc.'s truck driver had a duty of care to the passengers on board the Unimog truck at the time of this accident including the Plaintiffs.

11. Defendant Alaska Excursions, Inc. is responsible for the negligence of its truck drivers per the theory of *Respondeat Superior*.

12. Defendant Alaska Excursions, Inc. breached its duty of care when the truck driver failed to secure the parking brake and left the truck unattended while passengers were on the truck causing it to roll down a hill and fall to one side.

13. As a direct and proximate cause of Defendant Alaska Excursions, Inc. breach of its duty of care, Plaintiffs suffered serious and debilitating injuries

and damages.

14. Plaintiffs suffered damages in the form of medical bills, pain and suffering, loss of enjoyment, and any other damages that the court deems reasonable and just.

### B. Causes of Action- Negligence- Norwegian Cruise Line

15. Plaintiffs incorporate by reference the foregoing paragraphs 1-14.

16. Defendant NCL had a duty to make sure that all excursions that it offers to its passengers is safe and will not cause injury to its passengers.

17. Defendant NCL breached its duty when it offered an excursion with Alaska Excursions, Inc. that cause a truck driver to put its passengers in harms' way when the driver failed to secure the parking brake on the truck causing the truck to roll down a hill and fall to one's side.

18. Defendant NCL is responsible for the negligence of Alaska Excursions, Inc. that cause injuries to its passengers with Defendant NCL while they are passengers with Defendant NCL.

19. As a direct and proximate cause of Defendant NCL's breach of its duty of care, Plaintiffs suffered serious and debilitating injuries and damages.

20. Plaintiffs suffered damages in the form of medical bills, pain and suffering, loss of enjoyment, and any other damages that the court deems reasonable and just.

Case 3:19-cv-00217-JWS   Document 1-1   Filed 08/07/19   Page 4 of 6

WHEREFORE, as a result of the damages incurred by the Plaintiffs, Plaintiffs requests an ad damnum collectively in the amount of $500,000 against the Defendants jointly and/or severally.

Respectfully submitted,

Dated July 16, 2019

*[signature]*

Sara L. Bloom
Alaska Bar No. 1509071
Attorney for Plaintiffs

IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT ANCHORAGE

MICHAEL AND WENDY SCHRODER

Plaintiff(s),

vs.

NORWEGIEN CRUISE LINE and
ALASKA EXCURSIONS

Defendant(s).

CASE NO. 3AN-19-83704

**SUMMONS AND
NOTICE TO BOTH PARTIES
OF JUDICIAL ASSIGNMENT**

To Defendant: NCL RA - Daniel G Bruce P.O. Box 32819, JUNEAU, AK 99801

You are hereby summoned and required to file with the court a written answer to the complaint which accompanies this summons. Your answer must be filed with the court at 825 W. 4th Ave., Anchorage, Alaska 99501 within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney or plaintiff (if unrepresented) Law Office of Sara L. Bloom _____, whose address is: 1120 Huffman Rd. Ste 24-785, Anchorage, AK 99515.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use court form *Notice of Change of Address / Telephone Number* (TF-955), available at the clerk's office or on the court system's website at www.courtrecords.alaska.gov/webdocs/forms/tf-955.pdf to inform the court. - OR - If you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

TO: Plaintiff and Defendant

You are hereby given notice that:

[X] This case has been assigned to Superior Court Judge Aarseth and to a magistrate judge.

[ ] This case has been assigned to District Court Judge _____.

CLERK OF COURT

7/17/19
Date

By: _____
Deputy Clerk

I certify that on 7/17/19 a copy of this Summons was  [ ] mailed  [X] given to
[ ] plaintiff  [X] plaintiff's counsel along with a copy of the
[ ] Domestic Relations Procedural Order  [ ] Civil Pre-Trial Order
to serve on the defendant with the summons.
Deputy Clerk _____

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 ANCH (10/17)(cs)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55